UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Suanne Harrow, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10631-DRH |
| *Jaclyn Haynes, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11978-DRH |
| *Rebecca Hofer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10027-DRH |
| *Cindy Hopkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11576-DRH |
| *Michelle Houston v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12596-DRH |
| *Tracy Hull v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10033-DRH |
| *Nicole Jackson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11112-DRH |
| *Michelle Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11515-DRH |
| *Sheryl Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10683-DRH |
| *Erin Kersey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10349-DRH |
| *Kandace Krieger, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10220-DRH |

| | |
|---|---|
| *Shirley Lawdins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11241-DRH |
| *Amanda Lawhon, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10034-DRH |
| *Marie Lee, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12597-DRH |
| *Heather Madar, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13453-DRH |
| *Lisa Martin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10826-DRH |
| *Susan Martin v. Bayer Corporation, et al.* | No. 10-cv-20028-DRH |
| *Margaret Abimola Martins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11245-DRH |
| *Holly McCormick, et al. v. Bayer Corporation, et al.* | No. 10-cv-20338-DRH |
| *Denise Migliorini, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11516-DRH |
| *Emily Mitchell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13581-DRH |
| *Margo Moody, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10047-DRH |
| *Karmen Mueller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13035-DRH |
| *Elizabeth Nefzger, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10031-DRH |
| *Crystal Nichols, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10646-DRH |
| *Tracy Olafsson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10347-DRH |
| *Theresa Ouellette, et al. v. Bayer HealthCare* | No. 12-cv-10216-DRH |

*Pharmaceuticals Inc., et al.*

| | |
|---|---|
| *Amy Parrish v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10989-DRH |
| *Amanda Patenaude v. Bayer Corporation, et al.* | No. 10-cv-20348-DRH |
| *April Patton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10348-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 4, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                       **NANCY J. ROSENSTENGEL,**
                                       **CLERK OF COURT**

                                       BY: */s/Sara Jennings*
                                                 **Deputy Clerk**

**Dated:** April 7, 2014

Digitally signed by David R. Herndon
Date: 2014.04.07 12:44:31 -05'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**

3